# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1531-RGA |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| AUTOMATED MEDIA PROCESSING ) | |
| SOLUTIONS, INC. d/b/a EQUILIBRIUM, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on April 17, 2023, upon the following attorneys of record as indicated below:

DEFENDANT AUTOMATED MEDIA PROCESSING SOLUTIONS, INC. D/B/A EQUILIBRIUM'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-44)

## VIA ELECTRONIC MAIL

| | |
|---|---|
| Adam W. Poff | James R. Batchelder |
| Robert M. Vrana | James L. Davis, Jr. |
| Alexis N. Stombaugh | Daniel W. Richards |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ROPES & GRAY LLP |
| Rodney Square | 1900 University Avenue, 6th Floor |
| 1000 North King Street | East Palo Alto, CA 94303 |
| Wilmington, DE 19801 | james.batchelder@ropesgray.com |
| apoff@ycst.com | james.l.davis@ropesgray.com |
| rvrana@ycst.com | daniel.richards@ropesgray.com |
| astombaugh@ycst.com | |

| | |
|---|---|
| OF COUNSEL:<br><br>Jason R. Bartlett<br>Jason A. Crotty<br>Marc J. Pernick<br>MAURIEL KAPOUYTIAN WOODS LLP<br>450 Sansome Street, Suite 1005<br>San Francisco, CA 94111<br>Tel: (415) 738-6228<br><br>Steven Callahan<br>Christopher T. Bovenkamp<br>CHARHON CALLAHAN ROBSON<br>  & GARZA, PLLC<br>3333 Lee Parkway, Suite 460<br>Dallas, TX 75219<br>Tel: (214) 521-6400<br><br>Dated:  April 18, 2023<br>10761919 / 22225.00002 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Andrew L. Brown*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Andrew L. Brown (#6766)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE  19801<br>   Tel:  (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   abrown@potteranderson.com<br><br>*Attorneys for Defendant Automated Media Processing Solutions, Inc. d/b/a Equilibrium* |