IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AKAMAI TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUTOMATED MEDIA PROCESSING ) <br> SOLUTIONS, INC. D/B/A EQUILIBRIUM, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 22-1531-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 19, 2024, the following were served on the counsel listed below in the manner indicated:

1) Expert Report and Disclosure of Christopher Gerardi; and

2) Infringement Expert Report of Dr. Vijay Madisetti Regarding U.S. Patent No. 8,543,667.

**BY EMAIL**

David E. Moore
Bindu A. Palapura
Andrew L. Brown
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

Steven Callahan
Christopher T. Bovenkamp
CHARHON CALLAHAN ROBSON & GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, TX 75219
scallahan@ccrglaw.com
cbovenkamp@ccrglaw.com

Jason R. Bartlett
Marc J. Pernick
MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP
450 Sansome Street, Suite 1005
San Francisco, CA 94111
jbartlett@mabr.com
mpernick@mabr.com

Erynn L. Embree
MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
eembree@mabr.com

        L. Rex Sears, Ph.D.
        Jacob O. Israelsen
        MASCHOFF BRENNAN GILMORE
        ISRAELSEN & MAURIEL LLP
        95 S. State Street, Suite 800
        Salt Lake City, UT 84111
        rsears@mabr.com
        jisraelsen@mabr.com

        Sherman W. Kahn
        MASCHOFF BRENNAN GILMORE
        ISRAELSEN & MAURIEL LLP
        15 W. 26th Street, 7th Floor
        New York, NY 10010
        skahn@mabr.com

PLEASE TAKE FURTHER NOTICE that on July 22, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| Of Counsel: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| James R. Batchelder<br>James L. Davis, Jr.<br>Daniel W. Richards<br>ROPES & GRAY LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303<br>(650) 617-4000<br>james.batchelder@ropesgray.com<br>james.l.davis@ropesgray.com<br>daniel.richards@ropesgray.com | /s/ Alexis N. Stombaugh<br>Adam W. Poff (No. 3990)<br>Robert M. Vrana (No. 5666)<br>Alexis N. Stombaugh (No. 6702)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>rvrana@ycst.com<br>astombaugh@ycst.com |
| Jolene L. Wang<br>Colin P. Dunn<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>(212) 596-9000<br>jolene.wang@ropesgray.com<br>colin.dunn@ropesgray.com | *Attorneys for Akamai Technologies, Inc.* |

Dated: July 22, 2024